No. 1092. PEOPLE, APPELLEE, *v.* CHAVARRI, APPELLANT.—Aggravated assault and battery. San Juan, Section 2. December 15, 1916. *Judgment affirmed.*

---

No. 1518. RODRÍGUEZ ET AL., APPELLANTS, *v.* MELERO ET AL., APPELLEES.—Executory proceeding. Ponce. December 15, 1916. *Judgment affirmed*

---

No. 1088. PEOPLE, APPELLEE, *v.* MÁRQUEZ ET AL., APPELLANTS.—Breach of peace. San Juan, Section 2.

No. 1100. PEOPLE, APPELLEE, *v.* COLÓN, APPELLANT.—Gambling. Humacao.

December 18, 1916. *Judgments affirmed.*

---

No. 1090. PEOPLE, APPELLEE, *v.* OCHART, APPELLANT.—Offense against public justice. Guayama. December 19, 1916. *Judgment affirmed.*

---

No. 1600. DIPINI, APPELLEE, *v.* PÉREZ ET AL., APPELLANTS.—Acknowledgment of servitude. Humacao. December 19, 1916. *Appeal dismissed.*

---

No. 1114. PEOPLE, APPELLEE, *v.* LANGE ET AL., APPELLANTS.—Riot. Mayagüez. December 21, 1916. *Judgment affirmed.*

---

No. 171. VILLAMIL, PETITIONER, *v.* LLOREDA, DISTRICT JUDGE, RESPONDENT.—Certiorari. December 21, 1916. *Petition denied.*